Zausmer Frisch Scruton & Aggarwal, Inc. v TWR Real Estate, LLC (2023 NY Slip Op 03147)

Zausmer Frisch Scruton & Aggarwal, Inc. v TWR Real Estate, LLC

2023 NY Slip Op 03147

Decided on June 9, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 9, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., CURRAN, MONTOUR, AND OGDEN, JJ.

501 CA 22-01322

[*1]ZAUSMER FRISCH SCRUTON & AGGARWAL, INC., AND ZAUSMER-FRISCH CONSTRUCTION, INC., PLAINTIFFS-RESPONDENTS,
v
TWR REAL ESTATE, LLC, THAT WAS RANDOM, INC., DOING BUSINESS AS UPSTATE COIN AND GOLD, AND DAVID COOPER, DEFENDANTS-APPELLANTS. 

SHEATS & BAILEY, PLLC, LIVERPOOL (JASON B. BAILEY OF COUNSEL), FOR DEFENDANTS-APPELLANTS.
HANCOCK ESTABROOK, LLP, SYRACUSE (MARY D'AGOSTINO OF COUNSEL), FOR PLAINTIFFS-RESPONDENTS. 

 Appeal from an order of the Supreme Court, Onondaga County (Scott J. DelConte, J.), entered July 28, 2022. The order, insofar as appealed from, granted in part the motion of plaintiffs for partial summary judgment. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.
Entered: June 9, 2023
Ann Dillon Flynn
Clerk of the Court